DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS (338391)
hjosephs@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

ARUN SUBRAMANIAN
(*Pro Hac Vice forthcoming*)
asubramanian@susmangodfrey.com
TAMAR E. LUSZTIG
(*Pro Hac Vice forthcoming*)
tlusztig@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Telephone:  (212) 336-8330
Facsimile:  (212) 336-8340

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES LTD (D/B/A PORNHUB), MG FREESITES II LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC INC. (D/B/A MINDGEEK),<br><br>        Defendants. | Case No. 2:22-cv-01016<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF RELATED CASES**<br><br>**JURY TRIAL DEMANDED** |

10374199v1/016926

Plaintiff, Jane Doe, hereby files this Notice of Pendency of Other Actions or Proceedings under Central District of California Local Rule 83-1.3.

1.    This case involves substantially the same subject matter as an action pending in this Court before Judge Carney, brought by a different Plaintiff Jane Doe, on behalf of herself and all others similarly situated. That action is captioned *Jane Doe, et al. v. Mindgeek USA Incorporated, Mindgeek S.A.R.L., Mg Freesites Ltd (D/B/A Pornhub), Mg Freesites II Ltd, Mg Content Rt Limited, and 9219-1568 Quebec Inc. (D/B/A Mindgeek)*, No. 8:21-cv-00338-CJC-ADS ("Central District Action 1").  This case is also related to a second matter filed in the Central District and assigned to Judge Carney, captioned *Serena Fleites et al. v. Mindgeek S.A.R.L., et al.*, No. 2:21-cv-04920-CJC-ADS ("Central District Action 2").

**Central District Action 1**

2.    The Central District Action 1 is a class action seeking damages and injunctive relief against Mindgeek USA Incorporated, Mindgeek S.A.R.L., Mg Freesites Ltd (D/B/A Pornhub), Mg Freesites II Ltd, Mg Content Rt Limited, and 9219-1568 Quebec Inc. (D/B/A Mindgeek), based on allegations that Defendants violated the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. §§ 1591 and 1595, among other laws, by financially benefiting from, or otherwise participating in, a sex trafficking venture in which Plaintiff and members of the Class were victims. Plaintiff pleads claims for violating Sections 1591 and 1595 of the TVPRA as explained above, as well as violating Section 2252A by knowingly receiving, possessing, and distributing child pornography on behalf of the same class as Plaintiff Jane Doe here. Like this action, the Central District Action 1 also alleges claims against Defendants for distribution of private sexually explicit materials, in violation of Cal. Civ. Code § 1708.85; violation of California's unfair competition law, Cal. Bus. & Prof. Code § 17200; violation of California's Trafficking Victims Protection Act, Cal. Civ. Code § 52.5; and for

2

intentional infliction of emotional distress, on behalf of a subclass of "all persons residing in California who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Defendants in the last ten years."

3.     This action and the Central District Action 1 call for determination of the same or substantially related or similar questions of law or fact against the same defendants. Substantial duplication of labor would result if this action were assigned to a different judge, as Judge Carney has already ruled on Defendants' motion to dismiss and motion for reconsideration. Judicial efficiency supports having this case heard by the same judge presiding over the Central District Action 1.

4.     Plaintiff in the Central District Action 1 is represented by the undersigned counsel from Susman Godfrey and Pollock Cohen representing Plaintiff Jane Doe in the present action.

**Central District Action 2**

5.     The Central District Action 2 is now an individual action against several of the same defendants—Mindgeek USA Incorporated, Mindgeek S.A.R.L., and Mg Freesites Ltd. Plaintiff Fleites makes some of the same factual allegations and raises some of the same legal theories and causes of action, based on allegations that Defendants violated the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. §§ 1591 and 1595, among other laws, by financially benefiting from, or otherwise participating in, a sex trafficking venture in which Plaintiff Fleites was a victim. The Central District Action 2 complaint also alleges violations of 18 U.S.C. § 2252A, Cal. Civ. Code § 1708.85 and Cal. Bus. & Prof. Code § 17200. Given this overlap, judicial efficiency supports having this case heard by the same judge presiding over the Central District Action 2.

10374199v1/016926

6.     Plaintiff in the Central District Action 2 is represented by the following counsel:

7.

Michael J. Bowe
Lauren Tabaksblat
Danielle A. D'Aquila
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
T: (212) 209-4800
E: mbowe@brownrudnick.com
ltabaksblat@brownrudnick.com
ddaquila@brownrudnick.com

David M. Stein
BROWN RUDNICK LLP
2211 Michelson Dr., 7th Fl.
Irvine, CA 92612
T: (949) 752-7100
E: dstein@brownrudnick.com

Dated:  February 14, 2022

DAVIDA BROOK
KRYSTA KAUBLE PACHMAN
HALLEY W. JOSEPHS
ARUN SUBRAMANIAN
(*Pro Hac Vice forthcoming*)
TAMAR E. LUSZTIG
(*Pro Hac Vice forthcoming*)
HALLEY W. JOSEPHS
SUSMAN GODFREY L.L.P.

STEVE COHEN
(*Pro Hac Vice forthcoming*)
scohen@pollockcohen.com
POLLOCK COHEN LLP
60 Broad Street, 24th Fl.
New York, NY 10004
Phone: (212) 337-5361

By */s/ Krysta Kauble Pachman*
   Krysta Kauble Pachman
   Attorneys for Plaintiff

4