DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
HALLEY W. JOSEPHS (338391)
hjosephs@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ARUN SUBRAMANIAN
(*Pro Hac Vice forthcoming*)
asubramanian@susmangodfrey.com
TAMAR E. LUSZTIG
(*Pro Hac Vice forthcoming*)
tlusztig@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES LTD (D/B/A PORNHUB), MG FREESITES II LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC INC. (D/B/A MINDGEEK),<br><br>Defendants. | Case No. 2:22-cv-1016<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>**JURY TRIAL DEMANDED** |

10371195v1/016926

Plaintiff, Jane Doe, hereby files this Notice of Pendency of Other Actions or Proceedings under Central District of California Local Rule 83-1.4.

1. This case involves substantially the same subject matter as an action pending in the United States District Court for the Northern District of Alabama Western Division brought by Plaintiffs Jane Doe #1 and Jane Doe #2, on behalf of themselves and all others similarly situated. This action is captioned *Jane Doe. #1 & Jane Doe #2 v. MG Freesites, LTD*, Civil Action No. 7:21-cv-002200-LSC, filed February 11, 2021 ("Alabama Action").

2. Plaintiffs in the Alabama Action are represented by the following counsel:

Gregor Zarzaur

The Zarzaur Law Firm

2332 Second Avenue North

Birmingham, Alabama 35203

T: (205) 983-7985

E: gregory@zarzaur.com


Joshua P. Hayes

Prince Glover Hayes

701 Mine Road

Tuscaloosa, Alabama 35406

T: (205) 345-1234

E: jhayes@princelaw.net


Kimberly Lambert Adams

Levin Papantonio Rafferty

316 S. Baylen Street, Suite 600

Pensacola, Florida 32502

2

10371195v1/016926

| | |
|---|---|
| 1 | T: (850) 435-7056 |
| 2 | E: kadams@levinlaw.com |
| 3 | |
| 4 | Briant Kent |
| 5 | Gaateno D. Andrea |
| 6 | Jill P. Roth |
| 7 | M. Steward Ryan |
| 8 | Alexandria MacMaster |
| 9 | Laffey, Bucci & Kent, LLP |
| 10 | 1100 Ludlow Street, Suite 300 |
| 11 | Philadelphia, PA 19107 |
| 12 | T: (215) 399-9255 |
| 13 | E: bkent@lbk-law.com |
| 14 | E: gdandrea@lbk-law.com |
| 15 | E: jroth@lbk-law.com |
| 16 | E: sryan@lbk-law.com |
| 17 | E: amacmaster@lbk-law.com |
| 18 | |
| 19 | Benjamin W. Bull |
| 20 | Peter A. Gentala |
| 21 | Dani Bianculli Pinter |
| 22 | Christen M. Price |
| 23 | National Center On Sexual Exploitation |
| 24 | 1201 F Street NW, Suite 200 |
| 25 | Washington, D.C. 20004 |
| 26 | T: (202) 393-7245 |
| 27 | E: lawcenter@ncose.com |
| 28 | |

10371195v1/016926

| | |
|---|---|
| 1 | Kevin Dooley Kent |
| 2 | Mark B. Schoeller |
| 3 | Joseph W. Jesiolowski |
| 4 | Conrad O'Brien PC |
| 5 | Centre Square West Tower |
| 6 | 1500 Market Street, Suite 3900 |
| 7 | Philadelphia, Pennsylvania 19102 |
| 8 | T: (215) 864-9600 |
| 9 | E: kkent@conradobrien.com |
| 10 | E: mschoeller@conradobrien.com |
| 11 | E: jjeisolowski@conradobrien.com |
| 12 | |
| 13 | Louis C. Bechtle |
| 14 | Conrad O'Brien PC |
| 15 | Centre Square West Tower |
| 16 | 1500 Market Street, Suite 3900 |
| 17 | Philadelphia, Pennsylvania 19102 |
| 18 | T: (215) 864-9600 |
| 19 | E: lbechtle@conradobrien.com |
| 20 | |

21  3. The Alabama Action is a class action seeking damages and injunctive relief against defendants MG Freesites, LTD, d/b/a Pornhub, a foreign entity, MG Freesites II LTD, a foreign entity, MindGeek S.A.R.L., a foreign entity, MindGeek USA, Incorporated, a Delaware corporation; MG CY Holdings LTD, a foreign entity, MindGeek Content RT Limited, a foreign entity, 9219-1568 Quebec Inc. d/b/a MindGeek, a foreign entity; MG Billing LTD, a foreign entity (collectively, "Defendants") based on allegations that Defendants violated the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. Sections 1591

and 1595, among other laws, by financially benefiting from, or otherwise participating in, a sex trafficking venture in which Plaintiffs and members of the Class were victims. Plaintiffs plead claims for violating Sections 1591 and 1595 of the TVPRA as explained above, as well as violating Sections 2252 and 2252A by knowingly receiving, possessing, and distributing child pornography on behalf of a class defined as "All persons, who were eighteen years of age at the time they were depicted in any video or image, (1) in any commercial sex act as defined under 18 U.S.C. §§ 1591 and 1595, or (2) in any child pornography as defined under 18 U.S.C. § 2252A, that has been made available for viewing on any website owned or operated by the Defendants.

Dated: February 14, 2022

DAVIDA BROOK
KRYSTA KAUBLE PACHMAN
ARUN SUBRAMANIAN
(*Pro Hac Vice forthcoming*)
TAMAR E. LUSZTIG
(*Pro Hac Vice forthcoming*)
HALLEY W. JOSEPHS
SUSMAN GODFREY L.L.P.

STEVE COHEN
(*Pro Hac Vice forthcoming*)
scohen@pollockcohen.com
POLLOCK COHEN LLP
60 Broad Street, 24th Fl.
New York, NY 10004
Phone: (212) 337-5361

By */s/ Krysta Kauble Pachman*
   Krysta Kauble Pachman
   Attorneys for Plaintiff

10371195v1/016926