UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK),<br><br>　　　　　　　Defendants. | Case No. CV 22-1016-DMG (PVCx)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM [33]** |

For good cause shown, Plaintiff Jane Doe's unopposed motion for leave to proceed under a pseudonym is GRANTED.  Plaintiff shall be permitted to proceed under a pseudonym in this litigation.  The July 1, 2022 hearing on the motion is VACATED.

DATED: June 6, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1