DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
KRYSTA KAUBLE PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100; Fax: (310) 789-3150

TAMAR LUSZTIG (*Pro Hac Vice*)
tlusztig@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019-6023
Phone: (212) 336-8330; Fax: (212) 336-8340

(*See additional counsel on signature page*)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK USA INCORPORATED, MINDGEEK S.A.R.L., MG FREESITES, LTD (D/B/A PORNHUB), MG FREESITES II, LTD, MG CONTENT RT LIMITED, AND 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK), <br><br> Defendants. | CASE NO. 2:22-CV-01016-DMG-PVC <br><br> Judicial Officer: Dolly M. Gee <br><br> **RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF JANE DOE WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe gives notice of her voluntary dismissal of her claims against Defendants Mindgeek USA Incorporated, Mindgeek S.A.R.L., MG Freesites, Ltd (D/B/A Pornhub), MG Freesites II, Ltd, MG Content Rt Limited, and 9219-1568 Quebec, Inc. (D/B/A Mindgeek) (collectively, "Defendants"). Defendants have not "serve[d] either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Dismissal is thus "without prejudice." *Id.* 41(a)(1)(B). Plaintiff reserves her right to join a class action as a class member.

Dated: February 27, 2023

           DAVIDA BROOK
           KRYSTA KAUBLE PACHMAN
           TAMAR LUSZTIG
           HALLEY W. JOSEPHS
           AMY B. GREGORY
           SUSMAN GODFREY L.L.P.

           STEVE COHEN (*Pro Hac Vice*)
           scohen@pollockcohen.com
           POLLOCK COHEN LLP
           60 Broad Street, 24th Fl.
           New York, NY 10004
           Phone: (212) 337-5361


           By */s/ Krysta Kauble Pachman*
               Krysta Kauble Pachman

           Attorneys for Plaintiff Jane Doe