|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>CIVIL MINUTES - GENERAL | JS-6 |

| Case No. | **CV 22-1016-DMG (PVCx)** | Date | February 28, 2023 |
|---|---|---|---|

| Title | *Jane Doe v. MindGeek USA Incorporated, et al.* |
|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of Plaintiff's Notice of Voluntary Dismissal filed on February 27, 2023 [Doc. # 65], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants' Motion for Partial Stay of Discovery Pending Resolution of Motion to Dismiss [Doc. # 45] and Defendants' Motion to Dismiss the Complaint for Failure to State a Claim and Lack of Jurisdiction [Doc. # 29] are DENIED as moot.

IT IS SO ORDERED.